| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| THE FOX LAW CORPORATION, INC.<br>Steven R. Fox, SBN 138808<br>srfox@foxlaw.com<br>17835 Ventura Blvd., Suite 306<br>Encino, California 91316<br>Tel: 818.774.3545; Fax: 818.774-3707 | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Creditor Data Leverage, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Nikolay Machevsky<br><br><br><br>Debtor(s). | CASE NO.: 2:14-bk-28611 RK<br>CHAPTER: 7<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a. Title of motion:  REQUIRING DEBTOR TO TURN OVER REAL PROPERTY OF THE ESTATE; AND

    b. Date of filing of motion: 10/18/2020

2. Compliance with LBR 9075-1(b)(2)(A): (*The following three sections must be completed*):

    a. Briefly specify the relief requested in the motion:

    Movant seeks to set aside a portion of the 9/16/20 Order by this Court authorizing the Trustee to sell two condominium units without obtaining overbids where the Motion was not served on Data Leverage, LLC.  It was denied notice and an opportunity to be heard, and to offer an overbid, despite having filed 1 of only 2 claims filed in this case.  Data Leverage's overbid is for $120,000 more than the price the Trustee accepted.  Movant's offer does not require the dismissal of the state court action as the accepting bid requires. Movant believes the sale has not closed due due to the buyer's requirement that the Trustee first evict the debtor.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012* — Page 1 — **F 9075-1.1.APP.SHORT.NOTICE**

    b.  Identify the parties affected by the relief requested in the motion:

       Debtor, Nikolay Machevsky;  Wesley H. Avery, Chapter 7 Trustee;  plaintiff Behzad Daniel Binafard aka Daniel Binafard regarding his State Court Action against the debtor.

       As Data Leverage does not seek to undo in any way the Trustee's compromise with Jacqueline Calderin, Chapter 7 Trustee, Bankruptcy Estate of Izabella Kleemoff, case no. 20-12743-AJC (S.D. Florida),  the Florida trustee is not an interested party

    c.  State the reasons necessitating a hearing on shortened time:

       Movant entered a purchase agreement with the debtor in 2018 whereby Movant, in exchange for title to the condo units would pay various taxes, mortgage and rescue the property from foreclosure and provide the debtor with a life estate.  Movant did expend almost $300,000 before the debtor's case was reopened.  Movant timely filed one of only two proofs of claim but the Trustee did not serve Data Leverage with notice of the Sale Motion.  The Sale Motion to sell was granted and the Order entered 9/16/2020.  The debtor filed a motion for reconsideration that was denied on 10/9/2020.  Movant only learned of the motion to sell on 10/5/2020 and would have opposed the Trustee's motion to the extent it did not seek overbids where Movant is ready, willing and able to formally submit an overbid of $1,000,000.  This Court should consider Movant's motion before escrow closes on the Trustee's sale to Binafard.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 10/18/2020

THE FOX LAW CORPORATION, INC.
Printed name of law firm

/s/ Steven R. Fox
Signature of individual Movant or attorney for Movant

Steven R. Fox, counsel for Movant
Printed name of individual Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 2      **F 9075-1.1.APP.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

17835 Ventura Blvd., Suite 306, Encino, CA 91316

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/17/2020 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Wesley H Avery (TR) wes@averytrustee.com, C117@ecfcbis.com;lucy@averytrustee.com;
alexandria@averytrustee.com Charles Shamash cs@locs.com, generalbox@locs.com United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov Johnny White Jwhite@wrslawyers.com,  aparisi@wrslawyers.com;
eweiman@wrslawyers.com;chamilton@wrslawyers.com Nancy H Zamora zamora3@aol.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/19/2020 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor Nikolay Machevsky, 10701 Wilshire Blvd, 1802, L.A. CA 90024 by U.S. Mail on October 19, 2020

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/19/2020 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert Kwan, U.S. Bankruptcy Judge, 255 West Temple Street., LA 90012 - by messenger on Monday, 10/19/2020

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/18/2020 | Steven R. Fox | /s/ Steven R. Fox |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9075-1.1.APP.SHORT.NOTICE**